# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00245-CR

**Luis Manuel Pena, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-99-0524, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Luis Manuel Pena perfected an appeal from his conviction for possession of marihuana. *See* Tex. R. App. P. 25.2. The clerk=s fee has not been paid and the clerk=s record has not been filed. *See* Tex. R. App. P. 35.3(a). After being notified that the appeal would be dismissed if the clerk=s record was not paid for, appellant=s attorney informed the Court that appellant does not intend to pursue the appeal. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed

Filed:   May 30, 2003

Do Not Publish